

EXHIBIT A



EXHIBIT B